UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE B.A.C. LOCAL NO. 1 WASHINGTON PENSION TRUST,

Plaintiff,

v.

MAIN STREET MASONRY RESTORATION,

Defendant,

v.

BANNER BANK,

Garnishee.

Case No. MC18-0077RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Main Street Masonry Restoration, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Banner Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiffs' counsel on August 7, 2018.

Dated this 14th day of August, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT